IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHELDON QUIN, )
)
         Plaintiff, )
)
v. ) Case No. 15 C 11851
)
WELLS FARGO BANK N.A., et al. )
)
         Defendants. )

## MEMORANDUM ORDER

Sheldon Quin ("Quin") has filed a self-prepared Complaint for Violation of Constitutional Rights against Wells Fargo Bank N.A. ("Wells Fargo") that employs the Clerk's-Office-supplied form made available for use by pro se litigants and that charges Wells Fargo in Complaint ¶ 6 with having (copied verbatim):

> illegally intered Plaintiff house and stole thousand of dollars of property changes all locks, broke windows, wood frames, damage doors, which will cost $20,000.

Based on that alleged activity, Complaint ¶8 goes on to assert (again copied verbatim):

> defendant was charged with one or more crimes, specifically: thief and damages to property, have Chicago Police report.

Non-lawyer Quin is simply (though perhaps understandably) mistaken as to the notion that Wells Fargo can be charged with deprivation of his federal constitutional rights under any of 42 U.S.C. §§1983, 1985 and 1986, as Complaint ¶1 asserts. Wells Fargo is not a "state actor" so as to come within the scope of Section 1983, nor does the conduct that Quin ascribes to Wells Fargo come within the purview of either Section 1985 or 1986.

Accordingly Quin has not even arguably invoked federal subject matter jurisdiction, and both the Complaint and this action are dismissed, while Quin's accompanying In Forma Pauperis Application is denied as moot. This Court expresses no view as to the substance of Quin's claimed grievance, so that this dismissal is without prejudice to his possible advancement of a claim against Wells Fargo in a state court of competent jurisdiction.

                                                             Milton I. Shadur

Date: January 7, 2016                         Senior United States District Judge